# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **GILBERTO CANGAS, JR.,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:22-cv-04502 |
| § | |
| **GUARANTEED RATE, INC.,** § | |
| § | |
| Defendant. § | |

## ORDER GRANTING UNOPPOSED STIPULATION OF DISMISSAL WITHOUT PREJUDICE

On this day the Court considered the Unopposed Stipulation of Dismissal Without Prejudice submitted by Plaintiff Gilberto Cangas, Jr. as to Defendant Guaranteed Rate, Inc. (Doc. 11). This action is therefore **DISMISSED WITHOUT PREJUDICE**, with costs of court being assessed against the party incurring the same. All relief not expressly granted in this Order is hereby denied.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 10th of August, 2023.

_____
Keith P. Ellison
United States District Judge